**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**Reuben,**

                             **Plaintiff,**

                 **NOTICE OF APPEARANCE**

     **-against-**

**City of New York, et al.,**                                     05-CV-9987 (KMK) (JCF)

                            **Defendants.**
------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Jed M. Weiss**, Assistant Corporation Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective February 10, 2006.

Dated:  New York, New York
          February 10, 2006

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                              of the City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-0786

                                  By:    __/S/_____
                                            Jed M. Weiss (JW 5293)
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

To:    Jonathan C. Moore Esq. (via ECF)
         Attorney for Plaintiff